

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
**Clerk**

Date: September 12, 2019

Re: Burckhartte v. GM Corporation et al

USDC Case Number: 19 cv 729

Dear Clerk:

Pursuant to the order entered by Honorable **John Robert Blakey**, on 9/11/2019, the above record was

☒     electronically transmitted to USDC Northern District of Indiana

☐     paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                    Sincerely,
                                                  Thomas G. Bruton, Clerk

                                                  By:     /s/ Melissa Astell
                                                            Deputy Clerk

New Case No. _____     Date _____

cc:     Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016